Troy Fox
NV Bar #11127
Crosby & Fox
710 S. Eighth St.
Las Vegas, NV 89101
Ph: 702-382-1007; Fx: 702-382-1921
info@crosby-fox.com
Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br>Hector Garcia and<br>Mirna Garcia | BK- 13-18529-MKN<br>Chapter:13<br><br>DEBTOR'S CERTIFICATE OF COMPLIANCE WITH CONDITIONS RELATED TO ENTRY OF CHAPTER 13 DISCHARGE TOGETHER WITH NOTICE THEREON<br><br>NO HEARING REQUIRED IN THE ABSENCE OF A WRITTEN OBJECTION BEING FILED WITHIN 21 DAYS FOLLOWING SERVICE OF THE DEBTOR'S CERTIFICATIONS |
| Debtor(s)[1] | |

The Debtor in the above captioned Chapter 13 case hereby certifies as follows:

1. The Chapter 13 Trustee has filed and served the Trustee's Final Account & Report-Completed Case and no objections were timely filed or any objection to the Final Account & Report-Completed Case has been resolved or adjudicated. The Debtor has made all payments and completed all obligations required by the plan. The Debtor believes that a Chapter 13 Discharge may be entered in this case after the objection period to the Debtor's Certificate of Compliance with Conditions Related to Entry of Chapter 13 Discharge passes.

2. Pursuant to 11 U.S.C. Section 1328(g)(1) and Fed. R. Bankr. P. 1007(b)(7), the Debtor has completed an instructional course concerning financial management described in 11 U.S.C. Section 111 and has filed Official Form 423 or has requested an exemption from this requirement.

---

[1] All further references to "Debtor" shall include and refer to both of the Debtors in a case filed jointly by two individuals, unless any information is noted as specifically applying to only one Debtor.

3. Pursuant to 11 U.S.C. Section 1328(a), the Debtor certifies that:
   a. ✔ The Debtor has not been required by judicial or administrative order, or by statute to pay any domestic support obligation as defined by 11 U.S.C. Section 101(14A) either before this bankruptcy case was filed or at any time after the filing of this bankruptcy case; or

   b. _____ As of the date of this certification, the Debtor has paid all amounts due under any and all domestic support obligations as defined in 11 U.S.C. Section 101(14A), required by a judicial or administrative order or by statute, including amounts due before, during, and after this case was filed. The current name of each holder of a domestic support obligation is as follows:

   | Debtor | Joint Debtor |
   |---|---|
   | | |
   | | |
   | | |

4. The Debtor's current address is:

   | Debtor | Joint Debtor |
   |---|---|
   | 2323 End Run Lane | 2323 End Run Lane |
   | North Las Vegas, NV 89032 | North Las Vegas, NV 89032 |
   | | |

5. The name and address of the Debtor's most recent employer is:

   | Debtor | Joint Debtor |
   |---|---|
   | Los Vecinos | House Cleaning |
   | 2323 End Rune Lane | 2323 End Run Lane |
   | North Las Vegas, NV 89032 | North Las Vegas, NV 89032 |

6. The following creditors hold claims that will not be discharged under 11 U.S.C. Section 523(a)(2) or (a)(4) or claims that were reaffirmed under 11 U.S.C. Section 524(c):

   NA

7. Compliance with 11 U.S.C. Section 1328(h):

   a. ✔ The Debtor has not claimed an exemption under 11 U.S.C. Section 522(b)(3) in an amount in excess of $170,350.00 in property of the kind

described in 11 U.S.C. Section 522(p)(1); or

b. _____ The Debtor has claimed an exemption under 11 U.S.C. Section 522(b)(3) in an amount in excess of $170,350.00 in property of the kind described in 11 U.S.C. Section 522(p)(1) but there is no pending proceeding in which the Debtor may be found guilty of a felony of a kind described in 11 U.S.C. Section 522(q)(1)(A) or found liable for a debt of the kind described in 11 U.S.C. Section 522(q)(1)(B).

8. The Debtor has not received a discharge in a case filed under Chapter 7, 11, or 12 during the 4 year period preceding the filing of this Chapter 13 case or in a case filed under Chapter 13 during the 2 year period preceding the filing of this Chapter 13 case.

I declare under penalty of perjury that the information provided in this Certificate is true and correct.

Date: 5/2/19

_____ /Helta/
Debtor

_____ Mirna Garcia
Joint Debtor

## NOTICE OF DEBTOR'S CERTIFICATE OF COMPLIANCE WITH CONDITIONS RELATED TO ENTRY OF CHAPTER 13 DISCHARGE

**NOTICE IS HEREBY GIVEN** that the "Debtor's Certificate of Compliance With Conditions Related to Entry of Chapter 13 Discharge" has been filed with the Court on _____.

Any Objections to said Debtor's Certificate of Compliance must be in writing stating the grounds of the objection and filed within 21 days following service of the Debtor's certifications with the Clerk, United States Bankruptcy Court, Foley Federal Building, 300 Las Vegas Boulevard South, 3rd Floor, Las Vegas, Nevada 89101.

In the absence of a timely filed Objection, the Bankruptcy Court will issue the Debtor a Discharge. In the event an objection is timely filed, the objecting party shall serve a copy of the objection upon the Trustee, Rick A. Yarnall, at 701 Bridger Avenue, Suite 820, Las Vegas, Nevada, 89101 pursuant to Local Rule 9014.

Date: 5/2/19

_____
Attorney for Debtor

**CROSBY & FOX, LLC**
David Crosby, Esq.
Nevada Bar No. 3499
Troy Fox
Nevada Bar No. 11127
710 S. Eighth St.
Las Vegas, NV 89101
info@crosby-fox.com
(702) 382-1007

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 13-18529-MKN |
| Hector Garcia | CH: 13 |
| Mirna Garcia, | Trustee: Rick A. Yarnall |
| Debtors. | |

## CERTIFICATE OF SERVICE

The undersigned, an employee of CROSBY & FOX, LLC hereby certifies that on the 2nd day of May, 2019, I deposited in the United States Mail, postage prepaid, a true and correct copy of the **Debtors' Certificate of Compliance with Conditions Related to Entry of Chapter 13 Discharge Together with Notice Thereon** to the following parties listed on the attached mailing matrix.

*See attached matrix*

/s/ Candy Khan
An Employee of Crosby & Fox, LLC

-1-

```
Label Matrix for local noticing         Deutsche Bank Trust Company Americas, as tru    (p)NATIONSTAR MORTGAGE LLC
0978-2                                  Aldridge Pite LLP                               PO BOX 619096
Case 13-18529-mkn                       4375 Jutland Dr                                 DALLAS TX 75261-9096
District of Nevada                      San Diego, CA 92117-3600
Las Vegas
Thu May  2 16:03:37 PDT 2019

RECOSER, LLC (mj)                       United States Bankruptcy Court                  Clark County Distric Attorney
RECOSER, LLC                            300 Las Vegas Blvd., South                      Acct No 131028
25 SE 2ND AVE, STE 1120                 Las Vegas, NV 89101-5833                        Family Support Division
MIAMI, FL 33131-1605                                                                    1900 E. Flamingo Rd
                                                                                        Suite 100
                                                                                        Las Vegas, NV 89119-5168

DISTRICT COURT                          DSNB/Macy's                                     Deutsche Bnk Nat'l Trust Co. Am., Trust
CLARK COUNTY, NEVADA                    Acct No 4905                                    c/o Nationstar Mortgage, LLC
ATTN:                                   PO Box 8218                                     PO Box 619096
200 LEWIS AVENUE                        Mason, OH 45040-8218                            Dallas, Texas 75261-9096
Las Vegas, NV 89155-0001

LEASE FINANCE GROUP                     La Fiesta Supermarket of Nevada, Inc.           Ladco
Acct No 1857                            3120 E. Lake Mead Blvd.                         7300 Chapman Highway
233 N. MICHIGAN AVE. STE.1800           North Las Vegas, NV 89030                       Knoxville, TN 37920-6612
Chicago, IL 60601-5802


Michael T. Gebhart, Esq.                NATIONSTAR MORTGAGE                             Neresian & Sankiewics
728 Fortacre Street                     Acct No 0599                                    528 South Eighth
Henderson, NV 89002-0104                P.O. Box 650783                                 Las Vegas, NV 89101-7003
                                        Dallas, TX 75265-0783


North Las Vegas Animal Hospital         Recovery Management Systems Corporation         Robert S. Qualey, Esq.
Acct No 16370                           25 S.E. 2nd Avenue, Suite 1120                  2320 Paseo Del Prado #B-205
2437 E. Cheyenne Ave.                   Miami, FL 33131-1605                            Las Vegas, NV 89102-4332
North Las Vegas, NV 89030-8407


Robert S. Qualey, Esq.                  San Diego Credit Association                    WESTERN UNION FINANCIAL SERVICES
Acct No Case No. 12-673603-C            Acct No 0140                                    C/O EHCNA
2320 Paseo Del Prado #B-205             2044 First Avenue #300                          600 S. 7TH STREET
Las Vegas, NV 89102-4332                San Diego, CA 92101-2079                        LOUISVILLE, KY 40203-1968


Western Union Financial Services        DAVID M. CROSBY                                 HECTOR GARCIA
13022 Hollenberg Drive                  CROSBY & FOX, LLC                               2323 END RUN LANE
Bridgeton, MO 63044-2409                710 S 8TH ST                                    NORTH LAS VEGAS, NV 89032-4805
                                        LAS VEGAS, NV 89101-7007


MIRNA GARCIA                            RICK A. YARNALL
2323 END RUN LANE                       701 BRIDGER AVE., #820
NORTH LAS VEGAS, NV 89032-4805          LAS VEGAS, NV 89101-8943
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

NATIONSTAR MORTGAGE, LLC.
PO Box 630267
Irving, TX 75063

(d)Nationstar Mortgage, LLC
Attn: Bankruptcy Department
PO Box 630267
Irving, TX 75063

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)DEUTSCHE BANK TRUST COMPANY AMERICAS        (u)DEUTSCHE BANK TRUST COMPANY AMERICAS, AS T        (u)Abdul Salam Dikhow

End of Label Matrix
Mailable recipients    25
Bypassed recipients     3
Total                  28